US courthouse — clerk
200 W 8th St
Austin TX 78701

**FILED**

DEC 14 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

RECEIVED
DEC 14 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT
BY _____ DEPUTY

Dear sir;

A detainer has been placed on me by the Texas Department of Criminal Justice for you case No. 120CR00232 RP. I resectfully request that you either have me bench warranted back to stand trial or dimiss the charges. Having a detainer is hurmful to my rehabilitaion and, In addition an exessive delay will prevent me from defending myself.

                                Sincerely,

                                            Defendant

                                TDCJ# 2325195

                                Travis      Unit

                                8101 FM 969
                                Austin TX 78724

CAUSE NO. 12OCRoo231RP

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE ____ DISTRICT COURT OF |
| VS. | § | _____ COUNTY, TEXAS |
| Jamar Augustin | § | _____ JUDICIAL DISTRICT |

## MOTION FOR SPEEDY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Jamar Augustin, Defendant, moves the Court to order a speedy trial, and in support of this motion shows:

### I.

An indictment in this action has been presented. Defendant is currently an inmate at TDCJ. A detainer was placed on the Defendant by Jamar Augustin County on Travis county

### II.

Defendant has previously written the Court seeking appointment of counsel and speedy resolution of his pending charges. To date, Defendant has not heard anything from the Court concerning this prior request.

### III.

Defendant seeks a speedy trial in order that justice may be done and that he be accorded due process and due course of law as respectively guaranteed by the United States and Texas Constitutions. *See, Barker v. Wingo*, 92 S.Ct. 2182 (1972). Defendant asserts that any further delay would result in irreparable harm due to the loss of witnesses necessary to his defense.

WHEREFORE, the Defendant prays the Court grant this motion and order that trial in this matter be set for a date on or before 3/3/21, or, if trial is not set on or before said date, that the indictment herein be dismissed on the ground that the Defendant has been denied his constitutional right to a speedy trial.

Respectfully submitted,

_____
Defendant, Pro Se
Printed name: Jamar Augustin
TDCJ No. 2325195
TDCJ Unit Travis
8101 FM 969
Address, Route and/or Box Number
Austin, Texas 78724

Page 3 of 4

CAUSE NO. 120CR00232IRP

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | _____ COUNTY, TEXAS |
| | § | |
| Jamir Augustin | § | _____ JUDICIAL DISTRICT |

## ORDER

On this the _____ day of _____ 20\_\_\_, came on to be heard defendant's Motion for Speedy Trial, and it appears to the Court, that the Defendant has been denied his constitutional right to a speedy trial in this cause and the indictment should be dismissed.

IT IS, THEREFORE, ORDERED that the indictment in cause number _____ be dismissed.

_____
JUDGE PRESIDING

SCFO REF 05.07

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Speedy Trial and Orders have been mailed, certified mail, return-receipt requested/hand delivered to _____ Prosecutor for the State at _____ (address), on this the _____ «day» day of _____ «month» 20____ «year».



Defendant, Pro Se
Printed name: Samar Augustin
TDCJ No. 2325195
TDCJ Unit Travis
8101 FM 969
Address, Route and/or Box Number
Austin, Texas 78724

SCFO REF 05.07

2325195
Jamar Augustin # 2325195
8101 FM 969
Austin TX 78724

SCREENED BY CSO

DEC 14 2020

PRIVILEGED OFFENDER MAIL
NOT TO BE OPENED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION

TRAVIS COUNTY STATE JAIL   78701-164999

AUSTIN TX 787
RIO GRANDE DISTRICT
8 DEC 2020   PM 3 L

Happy Holidays
FOREVER / USA

U.S. Courthouse - Clerk
200 w 8th St Rm 316
Austin TX 78701